THOMAS F. POTTER et al., appellants,

*v.*

ELIZABETH ASHHURST et al., respondents.

On appeal from a decree advised by Vice-Chancellor Emery, whose opinion is reported in *Ashhurst* v. *Potter, 8 Dick. Ch. Rep. 608.*

*Mr. S. Meredith Dickinson* and *Mr. A. T. Freedley* (of the Philadelphia bar), for the appellants.

*Mr. William M. Lanning*, for Elizabeth Ashhurst.

*Mr. Charles E. Gummere* and *Mr. Francis Rawle* (of the Philadelphia bar), for William H. Potter and others.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, MAGIE, VAN SYCKEL, BARKALOW, BOGERT, NIXON—12.

*For reversal*—None.